

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI CAO, BIN DOU, ZHIWEI YUAN, and
LETIAN ZHU,

                              Plaintiffs,

        - against -

ATAMI ON 2ND AVENUE INC.
d/b/a ATAMI JAPANESE FUSION, JING
LIANG DONG a/k/a MICHAEL DONG, LI
DONG a/k/a JENNY DONG, JIAN ZENG
LIN a/k/a JOE LIN, and QIU RU DONG
a/k/a JUDY DONG and a/k/a WENDY
DONG,

                              Defendants.

**VERDICT**

15 Civ. 5434 (PGG)
17 Civ. 275 (PGG)

The jury hereby unanimously makes the following findings:

## QUESTIONS RELATING TO PLAINTIFF YI CAO

### Duration of Employment

1.    Indicate the dates that Plaintiff Yi Cao worked for Defendant Atami on 2nd Avenue Inc.
      (doing business as Atami Japanese Fusion):
              From: ~~Jan 18, 2013 as~~ NOV 18, 2013 (date) to Feb 28, 2015 (date)

2.    Did Plaintiff Yi Cao temporarily stop working for some period(s) of time?

              Yes _____        No ✓

3.    If you answered "Yes" to Question 2, indicate any dates when Plaintiff Yi Cao
      temporarily stopped working for Defendant Atami on 2nd Avenue Inc.

              From: _____ (date) to _____ (date)
              From: _____ (date) to _____ (date)
              From: _____ (date) to _____ (date)
              From: _____ (date) to _____ (date)

**...onship to Individual Defendants**

Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that Defendant Jiang Zeng Lin (also known as "Joe") was his employer?

Yes __✓__          No _____

5.   Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that Defendant Qiu Ru Dong (also known as "Wendy" or "Judy") was his employer?

Yes __✓__          No _____

**Minimum Wage Claims**

6.   Did Plaintiff Yi Cao's weekly hours or bi-monthly wage ever change?

Yes _____          No __✓__

7.   If you answered "Yes" to Question 6, indicate the date range(s) during which Plaintiff Yi Cao worked different hours or received a different wage.

a.   From _____ (date) to _____ (date)
b.   From _____ (date) to _____ (date)
c.   From _____ (date) to _____ (date)
d.   From _____ (date) to _____ (date)

8.   For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), how many compensable hours did Plaintiff Yi Cao work per day?

a.   ~~10 - 12~~ 10.9 Hours hours an
b.   _____ hours
c.   _____ hours
d.   _____ hours

9.   For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), how many days did Plaintiff Yi Cao work per week?

a.   _____5.5_____ days
b.   _____ days
c.   _____ days
d.   _____ days

10. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), how many compensable hours did Plaintiff Yi Cao work per week (daily compensable hours x the number of days worked per week)?

    a. _____60_____ hours
    b. _____ hours
    c. _____ hours
    d. _____ hours

11. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), what was Plaintiff Yi Cao's straight time rate of pay?

    a. $ ___5.12___
    b. $ _____
    c. $ _____
    d. $ _____

12. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Yi Cao under the FLSA?

    Yes _____      No ✔

13. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), did Plaintiff Yi Cao prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the FLSA?

    a. Yes ✔      No _____
    b. Yes _____      No _____
    c. Yes _____      No _____
    d. Yes _____      No _____

14. If you answered "Yes" to any part of Question 13, do you find that the Defendants acted willfully in failing to pay Plaintiff Yi Cao the applicable federal minimum wage?

    Yes ✔      No _____

15. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Yi Cao under the New York Labor Law?

    Yes _____      No ✔

16.    For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Yi Cao's employment), did Plaintiff Yi Cao prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the New York Labor Law?

a.  Yes __✓__        No _____
b.  Yes _____        No _____
c.  Yes _____        No _____
d.  Yes _____        No _____

17.    If you answered "Yes" to any part of Question 16, do you find that the Defendants acted willfully in failing to pay Plaintiff Yi Cao the applicable state minimum wage?

Yes __✓__        No _____

## Overtime Pay Claims

**If all your answers to Question 10 were 40 hours or less, skip this section and proceed to Question 23.  However, if at least one of your answers to Question 10 was more than 40 hours, continue with Question 18.**

18.    For each time period in Question 10 for which Plaintiff Yi Cao worked more than 40 hours per week, what was his regular rate of pay?

a.  $ __5.12__
b.  $ _____
c.  $ _____
d.  $ _____

19.    Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the federal minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the FLSA?

a.  Yes __✓__        No _____
b.  Yes _____        No _____
c.  Yes _____        No _____
d.  Yes _____        No _____

20.    If you answered "Yes" to any part of Question 19, do you find that the Defendants acted willfully in failing to pay Plaintiff Yi Cao for overtime as required by federal law?

Yes __✓__        No _____

21.    Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay

4

or the state minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the New York Labor Law?

    a.  Yes ✓          No _____
    b.  Yes _____       No _____
    c.  Yes _____       No _____
    d.  Yes _____       No _____

22.    If you answered "Yes" to any part of Question 21, do you find that the Defendants acted willfully in failing to pay Plaintiff Yi Cao for overtime as required by the New York Labor Law?

    Yes ✓          No _____

## Spread of Hours Claim

23.    Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that his spread of hours exceeded 10 hours on any given day at any time during his employment?

    Yes _____       No ✓

24.    If you answered "Yes" to Question 23, indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff Yi Cao.

    a.  _____days per week, from _____ (date) to _____ (date).
    b.  _____days per week, from _____ (date) to _____ (date).
    c.  _____days per week, from _____ (date) to _____ (date).
    d.  _____days per week, from _____ (date) to _____ (date).
    e.  _____days per week, from _____ (date) to _____ (date).
    f.  _____days per week, from _____ (date) to _____ (date).
    g.  _____days per week, from _____ (date) to _____ (date).
    h.  _____days per week, from _____ (date) to _____ (date).

25.    For each time period listed in Question 24, was Plaintiff Yi Cao paid for the spread of hours as required by New York law?

    a.  Yes_____       No_____
    b.  Yes_____       No_____
    c.  Yes_____       No_____
    d.  Yes_____       No_____
    e.  Yes_____       No_____
    f.  Yes_____       No_____
    g.  Yes_____       No_____
    h.  Yes_____       No_____

26.    If you answered "No" to any part of Question 25, do you find that the Defendants acted willfully in failing to pay Plaintiff Yi Cao for spread of hours as required by New York law?

Yes _____          No _____

**Failure to Provide Wage Notice**

27.    Did the Defendants prove, by a preponderance of the evidence, that they provided Plaintiff Yi Cao with a written notice of his wages as required by New York law?

Yes _____          No __✓___

28.    If you answered "No" to Question 27, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Yi Cao's employment.

Number of Weeks ___62___

29.    If you answered "No" to Question 27, do you find that the Defendants acted willfully in failing to provide Plaintiff Yi Cao with written notice of his wages as required by New York law?

Yes _✓___          No _____

**Failure to Provide Pay Stubs**

30.    Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that the Defendants failed to provide him with pay stubs as required by New York law?

Yes __✓___          No _____

31.    If you answered "Yes" to Question 30, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Yi Cao's employment.

Number of Weeks ___62___

32.    If you answered "Yes" to Question 30, do you find that the Defendants acted willfully in failing to provide Plaintiff Yi Cao with appropriate pay stubs as required by New York law?

Yes __✓___          No _____

**Failure to Reimburse Out-of-Pocket Expenses**

> **If your answers to Question 13 and Question 16 were "No," then skip this section and proceed to the next page. If at least one of your answers to Question 13 or Question 16 was "Yes," then continue to Question 33.**

33.    Did Plaintiff Yi Cao prove, by a preponderance of the evidence, that he was required during the course of his employment to spend his own money to purchase and/or maintain equipment necessary to carry out his job duties?

Yes _____        No _____

34.    If you answered "Yes" to Question 33, how much of his own money did Plaintiff Yi Cao reasonably spend on this equipment?

$ _____

35.    If you answered "Yes" to Question 33, do you find that the Defendants acted willfully in requiring Plaintiff Yi Cao to spend his own money on equipment necessary to carry out his job duties?

Yes _____        No _____

**Turn to the Questions relating to Plaintiff Bin Dou.**

7

## QUESTIONS RELATING TO PLAINTIFF BIN DOU

### Duration of Employment

1. Indicate the dates that Plaintiff Bin Dou worked for Defendant Atami on 2nd Avenue Inc. (doing business as Atami Japanese Fusion):

   From: Jan 14, 2015 (date) to Feb 15, 2015 (date)

2. Did Plaintiff Bin Dou temporarily stop working for some period(s) of time?

   Yes _____        No ✓

3. If you answered "Yes" to Question 2, indicate any dates when Plaintiff Bin Dou temporarily stopped working for Defendant Atami on 2nd Avenue Inc.

   From: _____ (date) to _____ (date)
   From: _____ (date) to _____ (date)
   From: _____ (date) to _____ (date)
   From: _____ (date) to _____ (date)

### Relationship to Individual Defendants

4. Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that Defendant Jiang Zeng Lin (also known as "Joe") was his employer?

   Yes ✓        No _____

5. Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that Defendant Qiu Ru Dong (also known as "Wendy" or "Judy") was his employer?

   Yes ✓        No _____

### Minimum Wage Claims

6. Did Plaintiff Bin Dou's weekly hours or bi-monthly wage ever change?

   Yes _____        No ✓

7. If you answered "Yes" to Question 6, indicate the date range(s) during which Plaintiff Bin Dou worked different hours or received a different wage.

   a. From _____ (date) to _____ (date)
   b. From _____ (date) to _____ (date)
   c. From _____ (date) to _____ (date)
   d. From _____ (date) to _____ (date)

8.  For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), how many compensable hours did Plaintiff Bin Dou work per day?

    a.  _12_ hours
    b.  _____ hours
    c.  _____ hours
    d.  _____ hours

9.  For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), how many days did Plaintiff Bin Dou work per week?

    a.  _7 8 6.5_ days
    b.  _____ days
    c.  _____ days
    d.  _____ days

10. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), how many compensable hours did Plaintiff Bin Dou work per week (daily compensable hours x the number of days worked per week)?

    a.  _78_ hours
    b.  _____ hours
    c.  _____ hours
    d.  _____ hours

11. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), what was Plaintiff Bin Dou's straight time rate of pay?

    a.  $ _$ 4.48_
    b.  $ _____
    c.  $ _____
    d.  $ _____

12. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Bin Dou under the FLSA?

    Yes _____        No __✓__

13. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), did Plaintiff Bin Dou prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the FLSA?

     a.  Yes  ✗          No _____
     b.  Yes _____        No _____
     c.  Yes _____        No _____
     d.  Yes _____        No _____

14. If you answered "Yes" to any part of Question 13, do you find that the Defendants acted willfully in failing to pay Plaintiff Bin Dou the applicable federal minimum wage?

        Yes  ✗       No _____

15. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Bin Dou under the New York Labor Law?

        Yes  ✗       No _____

16. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Bin Dou's employment), did Plaintiff Bin Dou prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the New York Labor Law?

     a.  Yes  ✗        No _____
     b.  Yes _____        No _____
     c.  Yes _____        No _____
     d.  Yes _____        No _____

17. If you answered "Yes" to any part of Question 16, do you find that the Defendants acted willfully in failing to pay Plaintiff Bin Dou the applicable state minimum wage?

        Yes  ✗       No _____

## Overtime Pay Claims

**If all your answers to Question 10 were 40 hours or less, skip this section and proceed to Question 23. However, if at least one of your answers to Question 10 was more than 40 hours, continue with Question 18.**

18. For each time period in Question 10 for which Plaintiff Bin Dou worked more than 40 hours per week, what was his regular rate of pay?



     a.  $ _4.48_
     b.  $ _____

    c.  $ _____

    d.  $ _____

19.    Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the federal minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the FLSA?

    a.  Yes ✔          No _____
    b.  Yes _____       No _____
    c.  Yes _____       No _____
    d.  Yes _____       No _____

20.    If you answered "Yes" to any part of Question 19, do you find that the Defendants acted willfully in failing to pay Plaintiff Bin Dou for overtime as required by federal law?

        Yes ✔        No _____

21.    Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the state minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the New York Labor Law?

    a.  Yes ✔        No _____
    b.  Yes _____       No _____
    c.  Yes _____       No _____
    d.  Yes _____       No _____

22.    If you answered "Yes" to any part of Question 21, do you find that the Defendants acted willfully in failing to pay Plaintiff Bin Dou for overtime as required by the New York Labor Law?

        Yes ✔        No _____

**Spread of Hours Claim**

23.    Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that his spread of hours exceeded 10 hours on any given day at any time during his employment?

        Yes _____        No ✔

24.    If you answered "Yes" to Question 23, indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff Bin Dou.

    a.  _____ days per week, from _____ (date) to _____ (date).
    b.  _____ days per week, from _____ (date) to _____ (date).

11

c. _____days per week, from _____ (date) to _____ (date).
d. _____days per week, from _____ (date) to _____ (date).
e. _____days per week, from _____ (date) to _____ (date).
f. _____days per week, from _____ (date) to _____ (date).
g. _____days per week, from _____ (date) to _____ (date).
h. _____days per week, from _____ (date) to _____ (date).

25. For each time period listed in Question 24, was Plaintiff Bin Dou paid for the spread of hours as required by New York law?

a. Yes_____    No_____
b. Yes_____    No_____
c. Yes_____    No_____
d. Yes_____    No_____
e. Yes_____    No_____
f. Yes_____    No_____
g. Yes ·_____   No_____
h. Yes_____    No_____

26. If you answered "No" to any part of Question 25, do you find that the Defendants acted willfully in failing to pay Plaintiff Bin Dou for spread of hours as required by New York law?

Yes _____    No _____

**Failure to Provide Wage Notice**

27. Did the Defendants prove, by a preponderance of the evidence, that they provided Plaintiff Bin Dou with a written notice of his wages as required by New York law?

Yes _____    No ✓

28. If you answered "No" to Question 27, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Bin Dou's employment.

Number of Weeks __4__

29. If you answered "No" to Question 27, do you find that the Defendants acted willfully in failing to provide Plaintiff Bin Dou with written notice of his wages as required by New York law?

Yes ✓    No _____

**Failure to Provide Pay Stub**

30.  Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that the Defendants failed to provide him with pay stubs as required by New York law?

Yes __✓__          No _____

31.  If you answered "Yes" to Question 30, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Bin Dou's employment.

Number of Weeks __4_____

32.  If you answered "Yes" to Question 30, do you find that the Defendants acted willfully in failing to provide Plaintiff Bin Dou with appropriate pay stubs as required by New York law?

Yes __✓__          No _____

**Failure to Reimburse Out-of-Pocket Expenses**

**If your answers to Question 13 and Question 16 were "No," then skip this section and proceed to the next page. If at least one of your answers to Question 13 or Question 16 was "Yes," then continue to Question 33.**

33.  Did Plaintiff Bin Dou prove, by a preponderance of the evidence, that he was required during the course of his employment to spend his own money to purchase and/or maintain equipment necessary to carry out his job duties?

Yes _____          No __✓__

34.  If you answered "Yes" to Question 33, how much of his own money did Plaintiff Bin Dou reasonably spend on this equipment?

$ _____

35.  If you answered "Yes" to Question 33, do you find that the Defendants acted willfully in requiring Plaintiff Bin Dou to spend his own money on equipment necessary to carry out his job duties?

Yes _____          No _____

**Turn to the Questions relating to Plaintiff Zhiwei Yuan.**

## QUESTIONS RELATING TO PLAINTIFF ZHIWEI YUAN

### Duration of Employment

1.  Indicate the dates that Plaintiff Zhiwei Yuan worked for Defendant Atami on 2nd Avenue Inc. (doing business as Atami Japanese Fusion):

    From: JULY 21, 2012 (date) to JAN 13, 2015 (date)

2.  Did Plaintiff Zhiwei Yuan temporarily stop working for some period(s) of time?

    Yes __✓__      No _____

3.  If you answered "Yes" to Question 2, indicate any dates when Plaintiff Zhiwei Yuan temporarily stopped working for Defendant Atami on 2nd Avenue Inc.

    From: MAY 01, 2013 (date) to JULY 20, 2013 (date)
    From: _____ (date) to _____ (date)
    From: _____ (date) to _____ (date)
    From: _____ (date) to _____ (date)

### Relationship to Individual Defendants

4.  Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that Defendant Jiang Zeng Lin (also known as "Joe") was his employer?

    Yes __✓__      No _____ .

5.  Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that Defendant Qiu Ru Dong (also known as "Wendy" or "Judy") was his employer?

    Yes __✓__      No _____

### Minimum Wage Claims

6.  Did Plaintiff Zhiwei Yuan's weekly hours or bi-monthly wage ever change?

    Yes __✓__      No _____

7.  If you answered "Yes" to Question 6, indicate the date range(s) during which Plaintiff Zhiwei Yuan worked different hours or received a different wage.

    a.  From NOV 1, 2013 (date) to OCT 31, 2014 (date)
    b.  From NOV 1, 2014 (date) to ~~NOV 1, 2015~~ (date) JAN 13, 2015 aw
    c.  From _____ (date) to _____ (date)
    d.  From _____ (date) to _____ (date)

14

8.    For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), how many compensable hours did Plaintiff Zhiwei Yuan work per day?

     a.  _____12_____ hours
     b.  _____12_____ hours
     c.  _____ hours
     d.  _____ hours

9.    For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), how many days did Plaintiff Zhiwei Yuan work per week?

     a.  ____6 . 5____ days
     b.  ____5 . 5____ days
     c.  _____ · days
     d.  _____ days

10.   For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), how many compensable hours did Plaintiff Zhiwei Yuan work per week (daily compensable hours x the number of days worked per week)?

     a.  _____78_____ hours
     b.  _____66_____ hours
     c.  _____ hours
     d.  _____ hours

11.   For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), what was Plaintiff Zhiwei Yuan's straight time rate of pay?

     a.  $ ___4 · 03___
     b.  $ ___5 . 47___
     c.  $ _____
     d.  $ _____

12.   Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Zhiwei Yuan under the FLSA?



     Yes _____ .        No __✓__ .

13.   For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), did Plaintiff Zhiwei Yuan prove,

by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the FLSA?

    a.  Yes _____        No ✓
    b.  Yes _____        No ✓
    c.  Yes _____        No _____
    d.  Yes _____        No _____

14.    If you answered "Yes" to any part of Question 13, do you find that the Defendants acted willfully in failing to pay Plaintiff Zhiwei Yuan the applicable federal minimum wage?

        Yes _____        No _____

15.    Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Zhiwei Yuan under the New York Labor Law?

        Yes _____        No ✓

16.    For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Zhiwei Yuan's employment), did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the New York Labor Law?

    a.  Yes ✓        No _____
    b.  Yes ✓        No _____
    c.  Yes _____        No _____
    d.  Yes _____        No _____

17.    If you answered "Yes" to any part of Question 16, do you find that the Defendants acted willfully in failing to pay Plaintiff Zhiwei Yuan the applicable state minimum wage?

        Yes ✓        No _____

## Overtime Pay Claims

**If all your answers to Question 10 were 40 hours or less, skip this section and proceed to Question 23. However, if at least one of your answers to Question 10 was more than 40 hours, continue with Question 18.**

18.    For each time period in Question 10 for which Plaintiff Zhiwei Yuan worked more than 40 hours per week, what was his regular rate of pay?



    a.  $ 4.03
    b.  $ 5.47
    c.  $ _____

      d.  $ _____

19.    Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the federal minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the FLSA?

      a.  Yes _✓_        No \_\_\_\_\_
      b.  Yes _✓_        No \_\_\_\_\_
      c.  Yes \_\_\_\_\_        No \_\_\_\_\_
      d.  Yes \_\_\_\_\_        No \_\_\_\_\_

20.    If you answered "Yes" to any part of Question 19, do you find that the Defendants acted willfully in failing to pay Plaintiff Zhiwei Yuan for overtime as required by federal law?

      Yes _✓_        No \_\_\_\_\_

21.    Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the state minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the New York Labor Law?

      a.  Yes _✓_        No \_\_\_\_\_
      b.  Yes _✓_        No \_\_\_\_\_
      c.  Yes \_\_\_\_\_        No \_\_\_\_\_
      d.  Yes \_\_\_\_\_        No \_\_\_\_\_

22.    If you answered "Yes" to any part of Question 21, do you find that the Defendants acted willfully in failing to pay Plaintiff Zhiwei Yuan for overtime as required by the New York Labor Law?

      Yes _✓_        No \_\_\_\_\_

## Spread of Hours Claim

23.    Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that his spread of hours exceeded 10 hours on any given day at any time during his employment?

      Yes \_\_\_\_\_        No _✓_

24.    If you answered "Yes" to Question 23, indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff Zhiwei Yuan.

      a.  \_\_\_\_\_days per week, from _____ (date) to _____ (date).
      b.  \_\_\_\_\_days per week, from _____ (date) to _____ (date).
      c.  \_\_\_\_\_days per week, from _____ (date) to _____ (date).

d. _____days per week, from _____ (date) to _____ (date).
e. _____days per week, from _____ (date) to _____ (date).
f. _____days per week, from _____ (date) to _____ (date).
g. _____days per week, from _____ (date) to _____ (date).
h. _____days per week, from _____ (date) to _____ (date).

25.  For each time period listed in Question 24, was Plaintiff Zhiwei Yuan paid for the spread of hours as required by New York law?

a. Yes_____    No_____
b. Yes_____    No_____
c. Yes_____    No_____
d. Yes_____    No_____
e. Yes_____    No_____
f. Yes_____    No_____
g. Yes___.___    No_____
h. Yes_____    No_____

26.  If you answered "No" to any part of Question 25, do you find that the Defendants acted willfully in failing to pay Plaintiff Zhiwei Yuan for spread of hours as required by New York law?

Yes _____    No _____

## Failure to Provide Wage Notice

27.  Did the Defendants prove, by a preponderance of the evidence, that they provided Plaintiff Zhiwei Yuan with a written notice of his wages as required by New York law?

Yes _____    No ✓

28.  If you answered "No" to Question 27, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Zhiwei Yuan's employment.

Number of Weeks  117

29.  If you answered "No" to Question 27, do you find that the Defendants acted willfully in failing to provide Plaintiff Zhiwei Yuan with written notice of his wages as required by New York law?

Yes ✓    No _____

18

**Failure to Provide Pay Stubs**

30.   Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that the Defendants failed to provide him with pay stubs as required by New York law?

Yes __✓__          No _____

31.   If you answered "Yes" to Question 30, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Zhiwei Yuan's employment.

Number of Weeks ___117___

32.   If you answered "Yes" to Question 30, do you find that the Defendants acted willfully in failing to provide Plaintiff Zhiwei Yuan with appropriate pay stubs as required by New York law?

Yes __✓__          No _____

**Failure to Reimburse Out-of-Pocket Expenses**

**If your answers to Question 13 and Question 16 were "No," then skip this section and proceed to the next page. If at least one of your answers to Question 13 or Question 16 was "Yes," then continue to Question 33.**

33.   Did Plaintiff Zhiwei Yuan prove, by a preponderance of the evidence, that he was required during the course of his employment to spend his own money to purchase and/or maintain equipment necessary to carry out his job duties?

Yes _____          No __✓__

34.   If you answered "Yes" to Question 33, how much of his own money did Plaintiff Zhiwei Yuan reasonably spend on this equipment?

$ _____

35.   If you answered "Yes" to Question 33, do you find that the Defendants acted willfully in requiring Plaintiff Zhiwei Yuan to spend his own money on equipment necessary to carry out his job duties?

Yes _____          No _____

**Turn to the Questions relating to Plaintiff Letian Zhu**

## QUESTIONS RELATING TO PLAINTIFF LETIAN ZHU

### Duration of Employment

1.  Indicate the dates that Plaintiff Letian Zhu worked for Defendant Atami on 2nd Avenue Inc. (doing business as Atami Japanese Fusion):

    From: ~~MARCH 2, 2015~~ AUG 30, 2015 aw (date) to DEC 22, 2016 (date)

2.  Did Plaintiff Letian Zhu temporarily stop working for some period(s) of time?

    Yes _____        No __✓__

3.  If you answered "Yes" to Question 2, indicate any dates when Plaintiff Letian Zhu temporarily stopped working for Defendant Atami on 2nd Avenue Inc.

    From: _____ (date) to _____ (date)
    From: _____ (date) to _____ (date)
    From: _____ (date) to _____ (date)
    From: _____ (date) to _____ (date)

### Relationship to Individual Defendants

4.  Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that Defendant Jiang Zeng Lin (also known as "Joe") was his employer?

    Yes __✓__        No _____

5.  Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that Defendant Qiu Ru Dong (also known as "Wendy" or "Judy") was his employer?

    Yes __✓__        No _____

### Minimum Wage Claims

6.  Did Plaintiff Letian Zhu's work hours or wage rate ever change?

    Yes __aw__        No __✓__

7.  If you answered "Yes" to Question 6, indicate the date range(s) during which Plaintiff Letian Zhu worked different hours or received a different wage. (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

    a.  From ~~JAN 2, 2016~~ (date) to DEC 22, 2016 (date)  aw

20

b.  From _____ (date) to _____ (date)
c.  From _____ (date) to _____ (date)
d.  From _____ (date) to _____ (date)

8.  For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), how many compensable hours did Plaintiff Letian Zhu work per day? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding for that period.)

a.  ____9____ *av*____ hours
b.  _____ hours
c.  _____ hours
d.  _____ hours

9.  For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), how many days did Plaintiff Letian Zhu work per week? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding for that period.)

a.  ___5  5___ *GW*____days
b.  _____days
c.  _____days
d.  _____days

10. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), how many compensable hours did Plaintiff Letian Zhu work per week (daily compensable hours x the number of days worked per week)? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding for that period.)

a.  ___49.5___ *av*hours
b.  _____hours
c.  _____hours
d.  _____hours

11. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), what was Plaintiff Letian Zhu's straight time rate of pay? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

    a. $ _____
    b. $ _____
    c. $ _____
    d. $ _____

12. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Letian Zhu under the FLSA? Indicate your findings for the following two time periods.

(a) Before August 30, 2015?

    Yes _____      No ✔_____

(b) After August 30, 2015?

    Yes ✔_____      No _____

13. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the FLSA? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

    a. Yes _____      No _____
    b. Yes _____      No _____
    c. Yes _____      No _____
    d. Yes _____      No _____

14. If you answered "Yes" to any part of Question 13, do you find that the Defendants acted willfully in failing to pay Plaintiff Letian Zhu the applicable federal minimum wage? Indicate your findings for the following two time periods.

(a) Before August 30, 2015?

    Yes _____      No _____

(b) After August 30, 2015?

    Yes _____      No _____

15. Did Defendants prove, by a preponderance of the evidence, that they are entitled to the tip credit reduction with respect to Plaintiff Letian Zhu under the New York Labor Law? Indicate your findings for the following two time periods.

(a) Before August 30, 2015?

Yes _____          No ✓_____

(b) After August 30, 2015?

Yes ✓_____          No _____

16. For each date range identified in Question 7 (or, if you answered "No" to Question 6, for the duration of Plaintiff Letian Zhu's employment), did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that the Defendants failed to pay him at least minimum wage under the New York Labor Law? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

a. Yes _____          No _____
b. Yes _____          No _____
c. Yes _____          No _____
d. Yes _____          No _____

17. If you answered "Yes" to any part of Question 16, do you find that the Defendants acted willfully in failing to pay Plaintiff Letian Zhu the applicable state minimum wage? Indicate your findings for the following two time periods.

(a) Before August 30, 2015?

Yes _____          No _____

(b) After August 30, 2015?

Yes _____          No _____

## Overtime Pay Claims

**If all your answers to Question 10 were 40 hours or less, skip this section and proceed to Question 23. However, if at least one of your answers to Question 10 was more than 40 hours, continue with Question 18.**

18. For each time period in Question 10 for which Plaintiff Letian Zhu worked more than 40 hours per week, what was his regular rate of pay? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

      a. $ _____
      b. $ _____
      c. $ _____
      d. $ _____

19. Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the federal minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the FLSA? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

      a. Yes _____      No _____
      b. Yes _____      No _____
      c. Yes _____      No _____
      d. Yes _____      No _____

20. If you answered "Yes" to any part of Question 19, do you find that the Defendants acted willfully in failing to pay Plaintiff Letian Zhu for overtime as required by federal law? Indicate your findings for the following two time periods.

(a) Before August 30, 2015?

      Yes _____      No _____

(b) After August 30, 2015?

      Yes _____      No _____

21. Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that the Defendants failed to pay him the appropriate overtime rate (1.5 x the greater of his regular rate of pay or the state minimum wage) for any overtime hours he worked (hours of work in excess of 40 per week) under the New York Labor Law? (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

      a. Yes _____      No _____
      b. Yes _____      No _____

       c.  Yes _____           No _____
       d.  Yes _____           No _____

22.    If you answered "Yes" to any part of Question 21, do you find that the Defendants acted willfully in failing to pay Plaintiff Letian Zhu for overtime as required by the New York Labor Law?  Indicate your findings for the following two time periods.

    (a)  Before August 30, 2015?

         Yes _____         No _____

    (b)  After August 30, 2015?

         Yes _____         No _____

## Spread of Hours Claim

23.    Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that his spread of hours exceeded 10 hours on any given day at any time during his employment?

         Yes _____         No ✔_____

24.    If you answered "Yes" to Question 23, indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff Letian Zhu.  (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

    a.  _____days per week, from _____ (date) to _____ (date).
    b.  _____days per week, from _____ (date) to _____ (date).
    c.  _____days per week, from _____ (date) to _____ (date).
    d.  _____days per week, from _____ (date) to _____ (date).
    e.  _____days per week, from _____ (date) to _____ (date).
    f.  _____days per week, from _____ (date) to _____ (date).
    g.  _____days per week, from _____ (date) to _____ (date).
    h.  _____days per week, from _____ (date) to _____ (date).

25.    For each time period listed in Question 24, was Plaintiff Letian Zhu paid for the spread of hours as required by New York law?  (Because the parties agree that the wage and hour records for the period of August 30, 2015 to December 22, 2016 are accurate, you need not make a finding with respect to the hours worked and the amount paid during that period.)

    a.  Yes_____     .  No_____
    b.  Yes_____       No_____
    c.  Yes_____       No_____
    d.  Yes_____       No_____
    e.  Yes_____       No_____
    f.  Yes_____       No_____
    g.  Yes_____       No_____
    h.  Yes_____       No_____

26.     If you answered "No" to any part of Question 25, do you find that the Defendants acted willfully in failing to pay Plaintiff Letian Zhu for spread of hours as required by New York law?

                Yes _____          No _____

## Failure to Provide Wage Notice

27.     Did the Defendants prove, by a preponderance of the evidence, that they provided Plaintiff Letian Zhu with a written notice of his wages as required by New York law? Indicate your findings for the following two time periods.

    (a)  Before August 30, 2015?

           Yes _____          No __✓__

    (b)  After August 30, 2015?

           Yes __✓__          No _____

28.     If you answered "No" to either part of Question 27, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Letian Zhu's employment.

        Number of Weeks __20__

29.     If you answered "No" to Question 27, do you find that the Defendants acted willfully in failing to provide Plaintiff Letian Zhu with written notice of his wages as required by New York law?

        Yes __✓__          No _____

**Failure to Provide Pay Stubs**

30.   Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that the Defendants failed to provide him with pay stubs as required by New York law? Indicate your findings for the following two time periods.

(a)  Before August 30, 2015?

Yes __✓__          No _____

(b)  After August 30, 2015?

Yes _____          No __✓__

31.   If you answered "Yes" to either part of Question 30, indicate the number of weeks during which the violation occurred or continued to occur during Plaintiff Letian Zhu's employment.

Number of Weeks __20__

32.   If you answered "Yes" to Question 30, do you find that the Defendants acted willfully in failing to provide Plaintiff Letian Zhu with appropriate pay stubs as required by New York law?

Yes __✓__          No _____

**Failure to Reimburse Out-of-Pocket Expenses**

**If your answers to Question 13 and Question 16 were "No," then skip this section and proceed to the next page. If at least one of your answers to Question 13 or Question 16 was "Yes," then continue to Question 33.**

33.   Did Plaintiff Letian Zhu prove, by a preponderance of the evidence, that he was required during the course of his employment to spend his own money to purchase and/or maintain equipment necessary to carry out his job duties?

Yes _____          No __✓__

34.   If you answered "Yes" to Question 33, how much of his own money did Plaintiff Letian Zhu reasonably spend on this equipment?

$ _____

35.    If you answered "Yes" to Question 33, do you find that the Defendants acted willfully in requiring Plaintiff Letian Zhu to spend his own money on equipment necessary to carry out his job duties?

Yes _____        No _____


**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

Dated: June 16, 2017        _Angela Workman_
                            Signature of Foreperson