UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

YI CAO, BIN DOU, ZHIWEI YUAN
on behalf of themselves and others similarly
situated,

Plaintiffs,

- against -

ATAMI ON 2ND AVENUE INC
d/b/a ATAMI JAPANESE FUSION, JING
LIANG DONG a/k/a MICHAEL DONG, LI
DONG a/k/a JENNY DONG, JIAN ZENG
LIN a/k/a JOE LIN, and QIU RU DONG
a/k/a JUDY DONG and a/k/a WENDY
DONG,

Defendants.

**DEFAULT JUDGMENT**

15 Civ. 5434 (PGG)

LETIAN ZHU, on behalf of himself and
others similarly situated,

Plaintiff,

- against -

ATAMI ON 2ND AVENUE INC
d/b/a ATAMI JAPANESE FUSION, JING
LIANG DONG a/k/a MICHAEL DONG, LI
DONG a/k/a JENNY DONG, JIAN ZENG
LIN a/k/a JOE LIN, and QIU RU DONG
a/k/a JUDY DONG and a/k/a WENDY
DONG,

Defendants.

17 Civ. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS Plaintiffs Yi Cao, Bin Dou, and Zhiwei Yuan commenced the 15 Civ.

5434 action on July 13, 2015 by filing the Complaint (Dkt. No. 1 in 15-cv-05434 (PGG)); and

Plaintiff Letian Zhu commenced the 17 Civ. 275 action on January 13, 2017 by filing the Complaint (Dkt. No. 1 in 17-cv-00275 (PGG));

WHEREAS Plaintiffs Yi Cao, Bin Dou, and Zhiwei Yuan executed service on Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong on August 1, 2015 (Dkt. Nos. 8-9 in 15-cv-05434 (PGG)); and Plaintiff Letian Zhu executed service on Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong on May 2, 2017 (Dkt. Nos. 12-1, 12-2 in 17-cv-275 (PGG));

WHEREAS Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong have failed to plead or otherwise defend in both the 15 Civ. 5434 action and the 17 Civ. 275 action;

WHEREAS this Court ordered Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong to show cause on April 4, 2018 why an order for default judgment should not be entered against them (Dkt. No. 149 in 15-cv-05434 (PGG));

WHERAS Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong filed no opposition to Plaintiffs' motion for a default judgment (Dkt. No. 137 in 15-cv-05434 (PGG)), and did not appear at the April 4, 2018 hearing, it is hereby

ORDERED that a default is entered against Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that

(1) Plaintiff Yi Cao recover from Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong the amount of $77,426.55, plus post judgment interest at the rate specified in 28 U.S.C. § 1961(a).

(2) Plaintiff Bin Dou recover from Defendants Jing Liang Dong a/k/a Michael

2

Dong and Li Dong a/k/a Jenny Dong the amount of $9,676.18, plus post judgment interest at the rate specified in 28 U.S.C. § 1961(a).

(3) Plaintiff Zhiwei Yuan recover from Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong the amount of $122,018.31, plus post judgment interest at the rate specified in 28 U.S.C. § 1961(a).

(4) Plaintiff Letian Zhu recover from Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong the amount of $36,601.00, plus post judgment interest at the rate specified in 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that Plaintiffs are entitled to recover $15,889.75 in attorneys' fees, and $400 in costs from Defendants Jing Liang Dong a/k/a Michael Dong and Li Dong a/k/a Jenny Dong.

IT IS FURTHER ORDERED that if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by New York Labor Law § 198(4).

IT IS FURTHER ORDERED that the Clerk of Court is directed to close both cases, and to terminate all pending motions.

Dated: New York, New York
April 4, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge

3